UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

Plaintiff,

v.

STANTON M. HALES,

Defendant.

Case: 4:23-cr-20645
Judge: Behm, F. Kay
MJ: Ivy, Curtis
Filed: 11-15-2023
SEALED MATTER (tt)



FILED
NOV 15 2023
U.S. DISTRICT COURT
FLINT, MICHIGAN

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### POSSESSION OF A FIREARM AND AMMUNITION BY A PROHIBITED PERSON
### (18 U.S.C. § 922(g)(1) & 18 U.S.C. § 924(e))

On or about August 19, 2023, in the Eastern District of Michigan, STANTON M. HALES, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm and ammunition, specifically a Taurus, model G2C, 9mm caliber pistol and 9 rounds of 9mm caliber ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

1

## COUNT TWO
## POSSESSION OF AMMUNITION BY A PROHIBITED PERSON
## (18 U.S.C. § 922(g)(1) & 18 U.S.C. § 924(e))

On or about August 19, 2023, in the Eastern District of Michigan, STANTON M. HALES, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, ammunition, specifically two casings of 9mm caliber ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE
## POSSESSION OF AMMUNITION BY A PROHIBITED PERSON
## (18 U.S.C. § 922(g)(1) & 18 U.S.C. § 924(e))

On or about August 19, 2023, in the Eastern District of Michigan, STANTON M. HALES, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, ammunition, specifically ten rounds of 9mm caliber ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

## SENTENCING ALLEGATION
### (18 U.S.C. § 924(e)(1))

Before STANTON M. HALES committed the offenses charged in Counts

One, Two, and Three of this Indictment, he had at least three previous convictions

for a serious drug offense committed on occasions different from one another.

## FORFEITURE ALLEGATION- FIREARMS AND AMMUNITION
### (18 U.S.C. § 924(d)(1))

The allegations contained in Counts One, Two, and Three of this Indictment

are hereby re-alleged and incorporated by reference for the purpose of alleging

forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

Upon conviction of an offense charged in Counts One, Two, or Three

STANTON M. HALES shall forfeit to the United States, pursuant to Title 18, United

States Code, Section 924(d)(1) any firearm or ammunition involved in

said offense.

### THIS IS A TRUE BILL.

s/GRAND JURY FOREPERSON

Dated: November 15, 2023

DAWN N. ISON
United States Attorney


s/TIMOTHY TURKELSON                 s/JULES M. DePORRE
Timothy Turkelson                   Jules M. Deporre
Assistant United States Attorney    Assistant United States Attorney
Deputy Chief, Branch Offices        600 Church Street
                                    Flint, Michigan 48502-1280
                                    MI State Bar P-73999

4

**Companion Case information MUST be completed by AUSA and initialed.**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to cc

Case: 4:23-cr-20645
Judge: Behm, F. Kay
MJ: Ivy, Curtis
Filed: 11-15-2023
SEALED MATTER (tt)

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)[1]**: | Judge Assigned: |
| ☐ Yes    ☑ No | AUSA's Initials: JMD |

**Case Title:** USA v.  STANTON M. HALES

**County where offense occurred :**  GENESEE

**Check One:**      ☑ **Felony**          ☐ **Misdemeanor**          ☐ **Petty**

☒ Indictment/____ Information --- **no** prior complaint.
____ Indictment/____ Information --- based upon prior complaint [Case number: _____]
____ Indictment/____ Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____          **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

November 15, 2023
_____
Date

Jules M. DePorre
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone:  (810) 766-5177
Email: Jules.DePorre@usdoj.gov
P73999

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013