UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                     HON. F. KAY BEHM
                                         CASE NO. 4:23-cr-20645-FKB-CI

v.

STANTON M. HALES,

      Defendant.

_____/

## ORDER FOR SUBSTITUTION OF COUNSEL

Upon this Court's consideration of Defense Counsel's Stipulation for Substitution of Counsel (ECF No. 28);

IT IS ORDERED that Defendant's counsel is now Attorney Barton W. Morris, Jr. (P54701).

**SO ORDERED**.

                             s/F. Kay Behm
Date: July 22, 2024        F. Kay Behm
                             United State District Judge